# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE ANTONINI, | : |
| Plaintiff, | : |
| v. | : 3:16-CV-2021 |
| | : (JUDGE MARIANI) |
| FORD MOTOR COMPANY, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 23rd DAY OF AUGUST, 2017, upon consideration of Defendant's Motion to Dismiss, (Doc. 10), **IT IS HEREBY ORDERED THAT** the Motion is **DENIED**.

Robert D. Mariani
United States District Court Judge